IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD EDWARD FOSTER,<br><br>Defendant. | CR 12-12-BLG-SPW<br><br><br>ORDER |
|---|---|

Upon the United States' Motion to Dismiss Petition for Warrant for Offender Under Supervision (Doc. 61), and for good cause being shown,

**IT IS HEREBY ORDERED** that the Petition and Amended Petition for Warrant for Offender Under Supervision (Docs. 58 and 60) are **DISMISSED.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 21st day of June, 2023.

SUSAN P. WATTERS
United States District Judge

1